RECEIVED

AUG 23 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANNA**
**Lake Charles Division**

| | | |
|---|---|---|
| BROADCAST MUSIC, INC.;<br>EMI BLACKWOOD MUSIC, INC.;<br>WARNER-TAMERLANE PUBLISHING<br>CORP.; GARDEN ANGEL MUSIC;<br>STILL WORKING FOR THE MAN<br>MUSIC, INC.; CONSTANT PRESSURE<br>PUBLISHING; SONY/ATV SONGS LLC<br>d/b/a SONY/ATV TREE PUBLISHING;<br>STEVE WARINER MUSIC; MR. BUBBA<br>MUSIC, INC.; LUCKY THUMB MUSIC;<br>NOAH'S LITTLE BOAT MUSIC;<br>SEA GAYLE MUSIC LLC d/b/a NEW<br>SONGS OF SEA GAYLE; ELDEROTTO<br>MUSIC PUBLISHING; BIG GASSED<br>HITTIES; PEER INTERNATIONAL<br>CORPORATION, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
| Plaintiffs, | )<br>) | CIVIL ACTION NO.: 16-cv-274 |
| v. | )<br>)<br>) | |
| PATRICK STEBBINS, individually<br>and d/b/a STEBB'S PLACE | )<br>)<br>) | |
| Defendant. | )<br>) | |

**ORDER OF JUDGMENT**

This matter came before the Court on Plaintiffs' Motion for Default Judgment. Having considered the pleadings, affidavits and memorandum, it is ORDERED AND ADJUDGED:

I

Plaintiffs' Motion for Default Judgment against Defendant Patrick Stebbins is granted, this Court finding that Defendants knowingly and intentionally infringed upon the copyrights of four (4) musical compositions owned and/or licensed by Plaintiffs.

II

Plaintiffs shall recover from Defendant Patrick Stebbins statutory damages in the amount of

Six Thousand Dollars ($6,000) for each of the four (4) musical compositions, for a total of Twenty-

Four Thousand Dollars ($24,000), pursuant to 17 U.S.C. Section 504(c)(1).

III

Plaintiffs shall recover from Defendant Patrick Stebbins full costs in this action, including

reasonable attorney's fees in the amount of Two Thousand Eight Hundred Twenty-Five Dollars

($2,825), pursuant to 17 U.S.C. Section 505.

IV

Plaintiffs shall recover from Defendant Patrick Stebbins interest on the full amount of this

judgment, from the date of this judgment, pursuant to 28 U.S.C. Section 1961.

V

Defendant Patrick Stebbins and his agents, servants, employees and all persons acting under

his permission or authority shall be permanently enjoined and restrained from infringing, in any

manner, the copyrighted musical compositions licensed by Broadcast Music, Inc.

VI

This Court shall retain jurisdiction over this action for the purpose of enforcing the judgment

granted.

DATED: _AUG 23 2017_
_AT ALEXANDRIA, LA_

_____
UNITED STATES DISTRICT JUDGE

4829-1991-2007, v. 1